UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MIGUEL RAMOS,

                CASE NO.: 1:21-cv-04045-MKB-MMH

    Plaintiff,

v.

39TH STREET AUTO REPAIR, INC.,
BRUCE FRIEDMAN, individually, and
TOMAS EYCLER, individually,

    Defendants.
_____/

## AFFIDAVIT OF BRUCE FRIDMAN

BEFORE ME, the undersigned authority, appeared Bruce Fridman, who being sworn, deposes and states:

1. My name is Bruce Fridman. I am an owner and principal of the corporate Defendant in this case, 39th Street Auto Repair, Inc. (the "Company").

2. My name is misspelled in the caption of this lawsuit as *Bruce Friedman*.

3. The Company is a small business, which services automobiles locally in Brooklyn.

4. We do not do any work at all outside of our shop in Brooklyn, New York.

5. For several years, Plaintiff in this case worked for us as an automobile repairman.

6. All of the work done by Plaintiff for the Company was done at our single location in Brooklyn, New York.

7. At no time did Plaintiff engage in any type of interstate commerce or communications whatsoever.

8. Plaintiff's only job was to repair cars, in our garage, in Brooklyn.

9. In 2018, the Company grossed $205,701. *See 2018 Tax Return, attached hereto.*

10. In 2019, the Company grossed $165,235. *See 2019 Tax Return, attached hereto.*

11. In 2020, the Company grossed $159,340. *See 2020 Tax Return, attached hereto.*

12. In 2021, year to date, we have gross profits $67,831.15, according to the profit and loss statement attached hereto, which was prepared for us by our accountant.

FURTHER AFFIANT SAITH NAUGHT!

*[signature]*
BRUCE FRIDMAN

STATE OF NEW YORK )
　　　　　　　　　　　 )
COUNTY OF KINGS )

On this 30th day of August, 2021, before me personally came Bruce Fridman, to me known and known to me to be the person described in and who executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

*[signature]*
Notary Public

MOSHE BADALOV
NOTARY PUBLIC, State of New York
No. 01BA6167968
Qualified in Kings County
Commission Expires June 4, 2023

2

8:44 PM
08/29/21
Accrual Basis

## 39th Street Auto Repair Inc.
## Profit & Loss
### January through July 2021

|  | Jan - Jul 21 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Services Income** | |
| Credit Card Sales | 51,758.17 |
| Services Income - Other | 80,452.54 |
| **Total Services Income** | 132,210.71 |
| **Total Income** | 132,210.71 |
| **Cost of Goods Sold** | |
| Fees | 7,617.90 |
| Purchases - Parts and Materials | 56,761.66 |
| **Total COGS** | 64,379.56 |
| **Gross Profit** | 67,831.15 |
| **Expense** | |
| **Auto and Truck Expenses** | |
| Gas | 28.09 |
| Auto and Truck Expenses - Other | 16.75 |
| **Total Auto and Truck Expenses** | 44.84 |
| Bank Service Charges | 30.00 |
| Credit Card Fees | 804.85 |
| Dues and Subscriptions | 98.98 |
| Insurance Expense | 1,451.84 |
| Liscenses & Permits | 330.00 |
| Meals and Entertainment | 306.50 |
| Miscellaneous Expense | 19.62 |
| Office Supplies | 317.98 |
| Rent Expense | 48,742.12 |
| Rubbish Removal | 1,001.41 |
| Sales Tax | 826.60 |
| Taxes | 50.00 |
| Telephone Expense | 623.74 |
| Utilities | 6,204.47 |
| **Total Expense** | 60,852.95 |
| **Net Ordinary Income** | 6,978.20 |
| **Net Income** | 6,978.20 |