| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Go to www.irs.gov/Form1120S for instructions and the latest information. | | **2020** |

For calendar year 2020 or tax year beginning _____, 2020, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date  1/25/2017 | TYPE OR PRINT | 39TH ST AUTO REPAIR INC  1435 39TH ST  BROOKLYN, NY 11218-3617 | **D** Employer identification number  redacted | |
| **B** Business activity code number (see instructions) 811110 | | | **E** Date incorporated  1/25/2017 | |
| **C** Check if Schedule M-3 attached ☐ | | | **F** Total assets (see instructions)  $ 23,742. | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year............ ► 2
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales..................... | 1a 159,340. | |
| b | Returns and allowances.................. | 1b | |
| c | Balance. Subtract line 1b from line 1a................................. | 1c | 159,340. |
| 2 | Cost of goods sold (attach Form 1125-A)................................... | 2 | 81,339. |
| 3 | Gross profit. Subtract line 2 from line 1c................................ | 3 | 78,001. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797)................ | 4 | |
| 5 | Other income (loss) (see instrs — att statement)...................... | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5..................... ► | 6 | 78,001. |

### Deductions (see instrs)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions — attach Form 1125-E)................ | 7 | |
| 8 | Salaries and wages (less employment credits)................... | 8 | |
| 9 | Repairs and maintenance........................ | 9 | 1,599. |
| 10 | Bad debts.................................... | 10 | |
| 11 | Rents........................................ | 11 | 65,706. |
| 12 | Taxes and licenses............................ | 12 | 365. |
| 13 | Interest (see instructions).................... | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562)... | 14 | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)**............. | 15 | |
| 16 | Advertising................................... | 16 | |
| 17 | Pension, profit-sharing, etc., plans........... | 17 | |
| 18 | Employee benefit programs................... | 18 | |
| 19 | Other deductions (attach statement).................... SEE STATEMENT 1 | 19 | 11,467. |
| 20 | **Total deductions.** Add lines 7 through 19.................... ► | 20 | 79,137. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6. | 21 | -1,136. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions)........... | 22a | |
| b | Tax from Schedule D (Form 1120-S)................. | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes)............... | 22c | |
| 23a | 2020 estimated tax payments and 2019 overpayment credited to 2020....... | 23a | |
| b | Tax deposited with Form 7004................ | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136)........ | 23c | |
| d | Reserved for future use...................... | 23d | |
| e | Add lines 23a through 23d................... | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached......... ► ☐ | 24 | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed....... | 25 | 0. |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid... | 26 | |
| 27 | Enter amount from line 26: Credited to 2021 estimated tax ► _____ Refunded ► | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  _____  ► PRESIDENT
Signature of officer          Date                          Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| CEPORAH YOUNGER | | 3/07/21 | | P00717476 |
| Firm's name ► I YOUNGER & COMPANY CPA PC | | | Firm's EIN ► 11-2838315 | |
| Firm's address ► 1441 E 13TH ST  BROOKLYN, NY 11230 | | | Phone no. 718-376-4680 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112 09/01/20   Form **1120-S** (2020)

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.<br>▶ Go to www.irs.gov/Form1120S for instructions and the latest information. | **2019** |

For calendar year 2019 or tax year beginning _____, 2019, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>1/25/2017 | TYPE<br>OR<br>PRINT | 39TH ST AUTO REPAIR INC<br>1435 39TH ST<br>BROOKLYN, NY 11218-3617 |
| **B** Business activity code number (see instructions)<br>811110 | | |
| **C** Check if Schedule M-3 attached ☐ | | |

**D** Employer identification number: redacted
**E** Date incorporated: 1/25/2017
**F** Total assets (see instructions): $ 24,001.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed
**H** Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year............ ▶ 2
**J** Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 165,235. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 165,235. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 78,930. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 86,305. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | 6 | 86,305. |

### Deductions (see instrs)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 1,174. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 71,944. |
| 12 | Taxes and licenses | 12 | 2,544. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) SEE STATEMENT 1 | 19 | 13,138. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | 20 | 88,800. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | -2,495. |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120-S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2019 estimated tax payments and 2018 overpayment credited to 2019 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Reserved for future use | 23d | |
| e | Add lines 23a through 23d | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | 0. |
| 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26: Credited to 2020 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here**: Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title ▶ PRESIDENT

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| CEPORAH YOUNGER | | | | P00717476 |

Firm's name ▶ I YOUNGER & COMPANY CPA PC   Firm's EIN ▶ 11-2838315
Firm's address ▶ 1441 E 13TH ST  BROOKLYN, NY 11230   Phone no. 718-376-4680

BAA For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112  12/30/19   Form **1120-S** (2019)

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ► Go to www.irs.gov/Form1120S for instructions and the latest information. | | **2018** |

For calendar year 2018 or tax year beginning _____, 2018, ending _____

| A | S election effective date | TYPE OR PRINT | 39TH ST AUTO REPAIR INC<br>1435 39TH ST<br>BROOKLYN, NY 11218-3617 | D | Employer identification number |
|---|---|---|---|---|---|
| | 1/25/2017 | | | | redacted |
| B | Business activity code number (see instructions)<br>811110 | | | E | Date Incorporated<br>1/25/2017 |
| C | Check if Schedule M-3 attached ☐ | | | F | Total assets (see instructions)<br>$ 32,412. |

G  Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If 'Yes,' attach Form 2553 if not already filed

H  Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
             (4) ☐ Amended return  (5) ☐ S election termination or revocation

I  Enter the number of shareholders who were shareholders during any part of the tax year............................► 2

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**INCOME**
| 1a | Gross receipts or sales | 1a | 205,701. | | |
|---|---|---|---|---|---|
| b | Returns and allowances | 1b | | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 205,701. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 96,190. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 109,511. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instrs — att statement) | | | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | | ► | 6 | 109,511. |

**DEDUCTIONS (SEE INSTRS)**
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | |
|---|---|---|---|
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | 1,002. |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | 70,190. |
| 12 | Taxes and licenses | 12 | 4,451. |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement) SEE STATEMENT 1 | 19 | 15,920. |
| 20 | **Total deductions.** Add lines 7 through 19 ► | 20 | 91,563. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 17,948. |

**TAX AND PAYMENTS**
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | | |
|---|---|---|---|---|---|
| b | Tax from Schedule D (Form 1120S) | 22b | | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | | | 22c | |
| 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | | | |
| b | Tax deposited with Form 7004 | 23b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | | |
| d | Refundable credit from Form 8827, line 8c | 23d | | | |
| e | Add lines 23a through 23d | | | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | | 24 | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | | 25 | 0. |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | | 26 | |
| 27 | Enter amount from line 26: Credited to 2019 estimated tax ► _____ Refunded ► | | | 27 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  _____    ► PRESIDENT
Signature of officer       Date         Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| CEPORAH YOUNGER | | | | P00717476 |
| Firm's name ► I YOUNGER & COMPANY CPA PC | | | Firm's EIN ► 11-2838315 | |
| Firm's address ► 1441 E 13TH ST<br>BROOKLYN, NY 11230 | | | Phone no. 718-376-4680 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112L 08/23/18   Form **1120S** (2018)