**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Miguel Ramos, and Jose Marrero, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

Case No.: 1:21-cv-04045

*Plaintiff*,

**FED.R.CIV.P. 68 JUDGMENT**

- *against* -

39th Street Auto Repair Inc., Bruce Friedman, and Tomas Eycler,

*Defendants*.
-----------------------------------------------------------------X

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants 39th Street Auto Repair, Inc. (the "Corporate Defendant"), Bruce Friedman, and Tomas Eycler (together, the "Individual Defendants", and with the Corporate Defendant, the "Defendants"), having offered to allow Plaintiffs Miguel Ramos ("Ramos") and Jose Marrero ("Marrero", and together, the "Plaintiffs") to take a judgment against the Defendants in this action for the total sum of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00) payable as follows:

1. A payment in the amount of Seventy-Five Thousand Dollars and Zero Cents ($75,000.00) payable three (3) days following the Court's Entry and Order of this Offer of Judgment.

which includes reasonable attorneys' fees, expenses, and costs to the date of this offer for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; on _____ __, 2021, Plaintiffs' attorney having confirmed acceptance of Defendants' offer of judgment, it is,

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $75,000.00 as against Defendants.

5

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2021
        New York, New York

SO ORDERED:

_____
Hon. Chief Judge Margo K. Brodie